```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  11/09/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
    **IMAGEFICTION, INC.,**                    :

                             **Plaintiff,**    :    **1:20-cv-03823 (ALC)**

             **-against-**                 :    <u>**ORDER**</u>

    **AMAN RESORTS GROUP LIMITED,**  :

                            **Defendant.**  :
------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

       The Court is in receipt of Plaintiff's letter motion for leave to file an amended complaint and Plaintiff's response to the Order to Show Cause issued by this Court on October 16, 2020. ECF Nos. 10-11.

       On May 16, 2020, Plaintiff filed a Complaint commencing this action. ECF No. 1. On May 17, 2020, Plaintiff filed an Amended Complaint. ECF No. 3. Accordingly, by no later than November 23, 2020, Plaintiff shall provide the Court with more details regarding its proposed amendment, including the name of the entity it plans to substitute and reason for the amendment, along with authority to support its request.

**SO ORDERED.**

**Dated:  November 9, 2020**
          **New York, New York**                               **ANDREW L. CARTER, JR.**
                                                                     **United States District Judge**