UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IMAGEFICTION, INC.,<br><br>                            Plaintiff,<br><br>   - against -<br><br>CROWN 730 INVEST LLC<br><br>                            Defendant. | Docket No. 1:20-cv-3823<br><br>JURY TRIAL DEMANDED |

## SECOND AMENDED COMPLAINT

Plaintiff ImageFiction, Inc. ("ImageFiction" or "Plaintiff") by and through its undersigned counsel, as and for its Complaint against Defendant Crown 730 Invest LLC ("Crown 730 Invest" or "Defendant") hereby alleges as follows:

## NATURE OF THE ACTION

1. This is an action for copyright infringement under Section 501 of the Copyright Act. This action arises out of Defendant's unauthorized reproduction and public display of a copyrighted photograph of an aerial view of Fifth Avenue in New York City, owned and registered by ImageFiction, an architectural imaging firm. Accordingly, ImageFiction seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq*.

## JURISDICTION AND VENUE

2. This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq*., and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3. Upon information and belief, this Court has personal jurisdiction over Defendant because Defendant resides and/or transacts business in New York.

4. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

**PARTIES**

5. ImageFiction is an architectural imaging firm in the business of licensing its photographs for a fee having a usual place of business at 221 N. Salle, Suite 1510, Chicago, Illinois 60601.

6. Upon information and belief, Crown 730 Invest is a limited liability company duly organized and existing under the laws of the State of Delaware, with a place of business at 730 5th Avenue, New York, New York 10019. At all times material hereto, Crown 730 Invest has owned and operated a website at the URL: www.Aman.com (the "Website").

**STATEMENT OF FACTS**

**A. Background and Plaintiff's Ownership of the Photograph**

7. ImageFiction owns the copyright to a photograph of an aerial view of Fifth Avenue in New York City (the "Photograph"). A true and correct copy of the Photograph is attached hereto as Exhibit A.

8. ImageFiction is the owner of all right, title and interest in and to the Photograph, including the copyright thereto.

9. The Photograph was registered with United States Copyright Office and was given Copyright Registration Number VA 2-200-786. Attached hereto as Exhibit B is a true and correct copy of the applicable registration as maintained by the US. Copyright Office Website's Public Catalog.

**B. Defendant's Infringing Activities**

10. Crown 730 Invest displayed the Photograph on the banner of the Website to promote their New York City hotel. A screenshot of the Photograph on the Website is attached hereto as Exhibit C.

11. Crown 730 Invest did not license the Photograph from Plaintiff for its Website, nor did Crown 730 Invest have Plaintiff's permission or consent to publish the Photograph on its Website.

**CLAIM FOR RELIEF**
**(COPYRIGHT INFRINGEMENT AGAINST DEFENDANT)**
**(17 U.S.C. §§ 106, 501)**

12. Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-11 above.

13. Crown 730 Invest infringed Plaintiff's copyright in the Photograph by reproducing and publicly displaying the Photograph on the Website. Crown 730 Invest is not, and has never been, licensed or otherwise authorized to reproduce, publicly display, distribute and/or use the Photograph.

14. The acts of Defendant complained of herein constitute infringement of Plaintiff's copyright and exclusive rights under copyright in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

15. Upon information and belief, the foregoing acts of infringement by Crown 730 Invest have been willful and in reckless disregard to Plaintiff's rights.

16. As a direct and proximate cause of the infringement by the Defendant of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to damages and Defendant's profits pursuant to 17 U.S.C. § 504(b) for the infringement.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1. That Defendant Crown 730 Invest be adjudged to have infringed upon Plaintiff's copyrights in the Photograph in violation of 17 U.S.C §§ 106 and 501;

2. That Plaintiff be awarded Plaintiff's actual damages and Defendant's profits, gains or advantages of any kind attributable to Defendant's infringement of Plaintiff's Photograph;

3. That Defendant be required to account for all profits, income, receipts, or other benefits derived by Defendant as a result of its unlawful conduct;

4. That Plaintiff be awarded attorney's fees and costs;

5. That Plaintiff be awarded pre-judgment interest; and

6. Such other and further relief as the Court may deem just and proper.

**DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal Rule of Civil Procedure 38(b).

Dated: Valley Stream, New York
December 1, 2020

    LIEBOWITZ LAW FIRM, PLLC

    By: /s/James H. Freeman
        James H. Freeman
    11 Sunrise Plaza, Suite 305
    Valley Stream, NY 11580
    Tel: (516) 233-1660
    JF@LiebowitzLawFirm.com

    *Attorneys for Plaintiff*
    *ImageFiction, Inc.*