USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 06/22/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IMAGEFICTION, INC.,**<br><br>                           **Plaintiff,**<br><br>                        -against-<br><br>**AMAN RESORTS GROUP LIMITED, ET AL.,**<br><br>                           **Defendants.** | **1:20-cv-3823 (ALC)**<br><br>**<u>ORDER OF DISCONTINUANCE</u>** |

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty (30) days.

**SO ORDERED.**

Dated:    June 22, 2021
             New York, New York

                                                            **ANDREW L. CARTER, JR.**
                                                            **United States District Judge**